UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASN Investment Group, LLC | : | Bankruptcy No. 25-14054 (DJB) |
| | : | |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

**AND NOW**, the Debtor has elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby ORDERED that:

1. A Status Conference as required under 11 U.S.C. §1188 is SCHEDULED for **December 2, 2025 at 1:00 p.m**. on Zoom video conference at zoomgov.com with JOIN meeting ID: 161 0657 4791.

2. The Debtor shall file a Status Report as required by 11 U.S.C. §1188(c) on or before **November 18, 2025**.

Dated:  October 8, 2025

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge