**IN THE UNITED STATES BANKRUPTCY COURT 25-14054
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ASN Investment Group, LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 25-14054 (DJB) |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Leona Mogavero, Esq.
Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103 7042
Telephone: 267.765.9630
Email: lmogavero@zarwin.com

The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: October 8, 2025

**ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov