UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>ASN INVESTMENT GROUP, LLC<br><br>                      Debtor(s) | CASE NO.: 25-14054-DJB<br><br>CHAPTER 11<br><br>THE HONORABLE<br>UNITED STATES BANKRUPTCY JUDGE<br>DEREK J. BAKER |

NOTICE OF ATTORNEY APPEARANCE
FOR
REIGO SECURITIZATION SPONSOR 2021-1, LLC

The undersigned hereby enters his appearance as counsel of record for Reigo Securitization Sponsor 2021-1, LLC in the above case.

Respectfully submitted by:

GINGO PALUMBO LAW GROUP LLC

*s/ Michael J. Palumbo*
_____
Michael J. Palumbo, Esquire
Ohio Attorney Registration #0081718
Gingo Palumbo Law Group LLC
4700 Rockside Road, Suite 440
Independence, Ohio 44131
T: (216) 503-9512
F: (888) 827-0855
E: michael@gplawllc.com
E: anthony@gplawllc.com
*Counsel for Reigo Securitization Sponsor 2021-1, LLC*

CERTIFICATE OF SERVICE

The undersigned hereby certifies the following:

1. On November 11, 2025, the Notice of Attorney Appearance for Reigo Securitization Sponsor 2021-1, LLC (the "**Pleading**") was filed via the CM/ECF Filing System for the United States Bankruptcy Court for the Eastern District of Pennsylvania (Philadelphia Division).

2. The Parties appearing on the Notice of Electronic Filing, as noted below, may access the Pleading through the CM/ECF system:

    Leona Mogavero, Esquire, lmogavero@zarwin.com
    Michael J. Palumbo, Esquire, michael@gplawllc.com
    John Henry Schanne, Esquire, john.schanne@usdoj.gov
    Maggie S. Soboleski, Esquire, msoboles@yahoo.com
    Pamela Elchert Thurmond, Esquire, pamela.thurmond@phila.gov
    United States Trustee, ustpregion03.ph.ecf@usdoj.gov
    Michael D. Vagnoni, Esquire, michael.vagnoni@obermayer.com

3. On November 11, 2025, a true and accurate copy of the Pleading was served by United States regular mail, postage prepaid, upon the following Defendant(s):

    ASN Investment Group, LLC
    1832 North Natrona Street
    Philadelphia, Pennsylvania 19121
    *Debtor*

Date:   November 11, 2025                *s/ Michael J. Palumbo*
                                         _____
                                         Michael J. Palumbo, Esquire
                                         Pennsylvania Attorney Registration #313431
                                         *Counsel for Reigo Securitization Sponsor 2021-1, LLC*