AMENDED

**Fill in this information to identify the case:**

Debtor name: ASN INVESTMENT GROUP, LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania (State)

Case number (If known): 25-14054

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................  $ 1,845,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................................  $ 1,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................  $ 1,846,500.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............  $ 1,665,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .......................  $ 3,400.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........  +$ 0.00

4. **Total liabilities** ..................................................................................................................  $ 1,668,400.00
   Lines 2 + 3a + 3b