**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| ASN INVESTMENT GROUP, LLC. | § | BANKRUPTCY NO.: 25-14054-DJB |
| | § | |
| DEBTOR | § | |

**NOTICE OF TELEPHONE NUMBER FOR THE CONTINUED SECTION 341(A) MEETING OF CREDITORS**

The *Continued* Section 341(a) Meeting of Creditors will be held telephonically on **November 21, 2025 at 2:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at **888-330-1716 access code 3684976.**

                                              ANDREW R. VARA
                                              United States trustee
                                              for Regions 3 and 9

By:    */s/ John Schanne*_____
        John Schanne, Trial Attorney
        Office of the United States Trustee
        Robert N.C. Nix Sr. Federal Bldg.
        900 Market Street, Room 320
        Philadelphia, PA 19107
        Telephone: (215) 597-4411
        E-Mail: john.schanne@usdoj.gov

DATED: November 14, 2025