**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| ASN INVESTMENT GROUP, LLC, | § | BANKRUPTCY NO. 25-14054-DJB |
| | § | |
| DEBTOR | § | |

**NOTICE OF TELEPHONE NUMBER FOR THE *CONTINUED* SECTION 341(A) MEETING OF CREDITORS**

The *Continued* Section 341(a) Meeting of Creditors will be held telephonically on **December 2, 2026 at 10:00 a.m. (ET).**

Any party wishing to participate may call the conference line at that time at **888-330-1716 access code 3684976.**

                                                    ANDREW R. VARA
                                                    United States trustee
                                                      for Regions 3 and 9

By:   ___*/s/ John Schanne*_____
          John Schanne, Trial Attorney
          Office of the United States Trustee
          Robert N.C. Nix Sr. Federal Bldg.
          900 Market Street, Room 320
          Philadelphia, PA 19107
          Telephone: (215) 597-4411
          E-Mail: john.schanne@usdoj.gov

DATED:  November 21, 2025